NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRETTA A. SCOTT,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1797

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 19-4138, Judge William S. Greenberg.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the appellant's motion to voluntarily dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b) with the parties to bear their own costs,

IT IS ORDERED THAT:

2                                                           SCOTT v. COLLINS


   The stay is lifted. The motion is granted. The appeal is dismissed. Each side shall bear its own costs.


                                          FOR THE COURT


June 11, 2026                             Jarrett B. Perlow
   Date                                   Clerk of Court


ISSUED AS A MANDATE: June 11, 2026